446 A.2d 679

Commonwealth v. Jennings, Appellant.

Submitted May 22, 1981. David G. Metinko, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

446 A.2d 679

Commonwealth v. Keller, Appellant.

Submitted November 30, 1981. John Joseph Moran, Assistant Public Defender, for appellant; Nathaniel W. Boyd, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Order affirmed.